

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 B STREET
17TH FLOOR
SAN DIEGO, CA 92101

**MARY M. NIKOLAI**
mnikolai@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

April 20, 2020

**VIA ECF**
Honorable Hildy Bowbeer
United States District Court
316 North Robert Street
Saint Paul, MN 55101

Re:   *Gary Alan Kuebler v. United States*, Case No. 0:19-cv-03054-DSD-HB

Dear Judge Bowbeer:

Plaintiff hereby requests to withdraw the Amended Complaint, filed on April 16, 2020 (Doc. No. 32).

Thank you for your consideration of this request. If you have any questions, please call me.

Sincerely,

GUSTAFSON GLUEK PLLC

s/Mary M. Nikolai

Mary M. Nikolai

MMN/mlm
cc: Liles Repp (via ECF)