## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| GARY ALAN KUEBLER,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>              Defendant. | Civil No. 19-cv-3054 (DSD/HB)<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |

Pursuant to the Stipulation to Extend Time for Plaintiff to File Amended Complaint (ECF No. 36), entered into by the parties,

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 36) is **APPROVED** and the time for Plaintiff to file an Amended Complaint shall be extended to and including **May 11, 2020**. Defendant shall answer, move to dismiss, or otherwise respond to the Amended Complaint on or before **June 10, 2020**.

Dated:  May 5, 2020             s/ *Hildy Bowbeer*
                                                  HILDY BOWBEER
                                                  United States Magistrate Judge